# Giuliano McDonnell & Perrone, LLP

|  |  |  |
|---|---|---|
| **New Jersey Office** | **Long Island Office** | **Florida Office** |
| 2001 US Hwy 46 | 170 Old Country Road, Suite 608 | 6615 W. Boynton Beach Blvd. |
| Suite 104 | Mineola, New York 11501 | No. 351 |
| Parsippany, NJ 07054 | Tel:  (516) 214-8448 | Boynton Beach, FL  33437 |
| Tel:  (973)-302-0120 | Fax:  (516) 414-7905 | Tel:  (561) 337-8816 |
| Fax: (973)-302-0121 |  | Fax: (561) 337-4653 |
|  | **New York City Office** |  |
| Reply to Long Island | 5 Penn Plaza, 23rd Floor | **Ari S. Gatoff**, *Associate* |
|  | New York, New York 10001 | agatoff@gmplawfirm.com |
| www.gmplawfirm.com | Tel:  (646) 328-0120 |  |
|  | Fax:  (646) 328-0121 |  |

December 10, 2021

**Via ECF:**
Judge Loretta A. Preska, Senior U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

    Re:   *Indemnity Insurance Company of North America, v. All-Ways Forwarding Int'l Inc.*
           Case No.:  1:21-cv-07056-LAP
           Request for Adjournment of Initial Pretrial conference
           **Our File No.:  E581**

Dear Judge Preska:

      We are the attorneys for All-Ways Forwarding Int'l Inc. ("All-Ways"), defendant and third-party plaintiff, in the above-referenced action.  Your Honor scheduled the Initial Pretrial conference for Thursday, December 16, 2021, at 11:30 a.m.  We write today to request that the Pretrial conference be rescheduled to Tuesday, December 21, 2021, at 1:00 p.m.

      No prior request for an adjournment has been made.  Counsel for plaintiff and counsel for third-party defendant consent to rescheduling the conference to December 21, 2021.

      Please do not hesitate to contact me with any questions or concerns.

                                            Very truly yours,

                                            Ari S. Gatoff

```
The dial-in and access code
will remain the same.

SO ORDERED.

Loretta A. Preska  12/13/2021
```

ASG/

Cc:    David Mazaroli, Esq., Attorney for plaintiff (via ECF)
         Randolph H. Donatelli, Esq., Attorney for third-party defendant (via ECF)